BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700



FILED
FEB 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>8524 Florin Road,<br>2004 Michigan Boulevard,<br>3541 Sun Maiden Way,<br>910 Striker Avenue, Suite B,<br>950 Riverside Parkway, Suite 70,<br>23526 Rosewood Road,<br>1900 Danbrook Drive, Unit #1611,<br>28 W. Main Street,<br>1240 Stags Leap Road,<br>5542 E. Kings Canyon Road,<br>1515 N. Willow Avenue | 2:13-SW-0654-CKD<br>2:13-SW-0655-CKD<br>2:13-SW-0656-CKD<br>2:13-SW-0657-CKD<br>2:13-SW-0658-CKD<br>2:13-SW-0659-CKD<br>2:13-SW-0660-CKD<br>2:13-SW-0661-CKD ✓<br>2:13-SW-0662-CKD<br>2:13-SW-0663-CKD<br>2:13-SW-0664-CKD<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: February 27, 2014

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE